AO 442 (Rev. 01/09) Arrest Warrant

10513404

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Charles General

*Defendant*

Case: 1:23-cr-00402
Assigned to: Judge Mehta, Amit P.
Assign Date: 11/15/2023
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Charles General

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 USC § 922(g)(1)
18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)

Date: 11/15/2023

City and state:   Washington, D.C.

2023.11.15
15:05:06 -05'00'

*Issuing officer's signature*

HON. ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* 11/16/2023, and the person was arrested on *(date)* 11/16/2023
at *(city and state)* Washington D.C.

Date: 11/16/2023

*Arresting officer's signature*

Kenneth Keh DUSM

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:   Charles General

Known aliases:

Last known residence:   Frederick Douglas Apartments, 1427 Cedar Street SE, 102 Washington, DC 20020

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   03/26/1997

Social Security number:   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

Height:                                                                                   Weight:

Sex:   Male                                                                          Race:   Black

Hair:   Black                                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:   4DKWNELNC

Complete description of auto:

Investigative agency and address:   United States Attorney's Office
                                                             601 D Street NW, Washington, DC 20530

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: