UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 23-cr-402-APM |
| v. | : | |
| | : | |
| CHARLES E. GENERAL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Alexander R. Schneider, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        United States Attorney
        DC Bar No. 481866

By:    /s/ *Alexander R. Schneider*
        Alexander R. Schneider
        Michigan Bar #P71467
        Special Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7124
        alexander.schneider@usdoj.gov