UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-CR-402(APM) |
| v. : | |
| : | |
| CHARLES E. GENERAL, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jared English, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: /s/ *Jared English*
JARED ENGLISH
D.C. Bar No. 1023926
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2628
Jared.English@usdoj.gov